UNITED STATES DISCTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MURRAY,<br><br>*Plaintiff,*<br><br>v.<br><br>TXU CORP. *et al.,*<br><br>*Defendants.* | MISCELLANEOUS BUSINESS<br>DOCKET  04-10069<br><br>(Related to Cause<br>No. 3:03 CV-088P, U.S. District<br>Court, Northern District of<br>Texas, Dallas Division)<br><br>Civil Action No. |

### REQUEST FOR ORAL ARGUMENT

American National Power, Inc. ("ANP") respectfully requests, pursuant to Local Rule 7.1(D), an opportunity to be heard with respect to ANP's Opposition to TXU Corp.'s Motion to Compel and Cross Motion for Protective Order and Costs. ANP submits that a hearing will assist in the development of facts critical to the current issues before the Court.

ANP submits that in light of the relief requested, a memorandum of law is not necessary for the Court to rule on this request.

Respectfully submitted,

AMERICAN NATIONAL POWER, INC.
By its attorneys,

Dated: March 24, 2004

Christopher H.M. Carter (BBO #561146)
Darin A. Day (BBO #650228)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000, phone
(617) 345-9020, facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this date to all counsel of record.

_____
Christopher H.M. Carter

#478993