UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MURRAY, <br><br> *Plaintiff*, <br><br> v. <br><br> TXU CORP. *et al.*, <br><br> *Defendants*. | MISCELLANEOUS BUSINESS DOCKET 04-10069 <br><br> (Related to Cause No. 3:03 CV-088P, U.S. District Court, Northern District of Texas, Dallas Division) <br><br> Civil Action No. |

## ASSENTED-TO MOTION TO CORRECT RECORD

American National Power, Inc. ("ANP") respectfully submits this assented-to motion to correct the record in this case. In support of this Motion, ANP submits as follows:

1. In connection with its Opposition to the Motion to Compel brought by TXU Corp. ("TXU"), ANP submitted a supporting affidavit of Nona S. Pucciariello. Due to a clerical error, certain pages of the affidavit sworn to by Attorney Pucciariello were not included with ANP's Opposition. Instead pages of a prior version of the affidavit were appended to Attorney Pucciariello's signature page, and included in the materials filed with the Court.

2. To correct the record in this case, ANP respectfully requests leave to substitute pages 2 and 3 of the affidavit of Attorney Pucciariello currently on file with the Court, with the correct pages enclosed with this Motion as <u>Exhibit A</u>. The factual corrections appear in paragraphs 6 through 8 of the affidavit.

3. TXU, by its counsel, Attorney Laura Stock, assents to this Motion.

WHEREFORE, ANP respectfully requests that this Honorable Court issue an order:

A. Granting this motion to correct the record in this case, and allowing the substitution of the pages enclosed as <u>Exhibit A</u> for pages 2-3 of the affidavit of Attorney Pucciariello; and

B. Granting such other relief as is just and proper.

Respectfully submitted,

AMERICAN NATIONAL POWER, INC.
By its attorneys,

Dated: March 24, 2004

_____
Christopher H.M. Carter (BBO #561146)
Darin A. Day (BBO #650228)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000, phone
(617) 345-9020, facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent this date to all counsel of record.

_____
Christopher H.M. Carter

#479016

2