UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM J. MURRAY, | CASE NO. 04-MBD-10069 (NG) |
| Plaintiff, | (Related to Cause No. 3:03 CV-088P, U.S. District Court, Northern District of Texas, Dallas Division) |
| v. | |
| TXU CORP., et al. | |
| Defendants. | |

**DEFENDANTS' MEMORANDUM IN OPPOSITION TO
ANP'S MOTION FOR LEAVE TO FILE SURREPLY**

Defendants TXU Corp., TXU Energy Company LLC and TXU Portfolio Management Company LP respectfully oppose American National Power's ("ANP's") Motion for Leave to File Surrely [sic] Memorandum ("Motion").

Defendants' Motion to Compel has been fully briefed and pending before the Court since April 1, 2004. More than a week later, on April 9, 2004, ANP filed its Motion, which will only continue to needlessly prolong the briefing process on a straightforward Motion to Compel. Defendants dispute ANP's contention that Defendants' Reply Memorandum misstates the facts and the law and that a surreply is necessary in this matter. Accordingly, Defendants respectfully request that the Court deny ANP's Motion.

Dated: April 26, 2004

Respectfully submitted,

**TXU CORP., TXU ENERGY COMPANY LLC AND TXU PORTFOLIO MANAGEMENT COMPANY LP F/K/A TXU ENERGY TRADING COMPANY LP**

By Their Attorneys

*/s/ Laura M. Stock*

Anita B. Bapooji (BBO #644657)
Laura M. Stock (BBO #652276)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110
(617) 248-7000

David C. Lonergan (Texas Bar No. 12513500)
David P. Poole (Texas Bar No. 16123750)
Patricia S. Gill (Texas Bar. No. 24007238)
HUNTON & WILLIAMS, LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas Texas 75201
(214) 979-3029

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on April 26, 2004.

*/s/ Laura M. Stock*
Laura M. Stock

3058177_1

2