**Wise, Bob**

From: Wise, Bob
Sent: Wednesday, September 22, 2004 4:51 PM
To: 'Carter, Christopher H. M.'
Cc: Gill, Patty; 'dpoole@txu.com'
Subject: RE: TXU/ANP

Chris - Rather than exchanging letters, I believe it would be beneficial for to discuss the matter over the phone and try to reach an agreement that we can then paper. I'll be in most of tomorrow, if you want to call.

-----Original Message-----
From: Carter, Christopher H. M. [mailto:ccarter@HASLAW.com]
Sent: Wednesday, September 22, 2004 4:47 PM
To: Wise, Bob
Subject: TXU/ANP

Bob: I spoke with my client, and will send you a letter tomorrow with our response to TXU's proposal. Regards, Chris Carter

Christopher H. M. Carter
Hinckley, Allen & Snyder LLP
43 North Main Street
Concord, NH 03301
603-225-4334

28 State Street
Boston, MA  02109-1775
617-345-9000

1

**Wise, Bob**

| | |
|---|---|
| From: | Wise, Bob |
| Sent: | Friday, September 24, 2004 10:08 AM |
| To: | 'Carter, Christopher H. M.' |
| Subject: | RE: TXU/ANP |

Chris - I haven't received your letter or a call.  We really need to resolve this.

-----Original Message-----
From: Carter, Christopher H. M. [mailto:ccarter@HASLAW.com]
Sent: Wednesday, September 22, 2004 4:47 PM
To: Wise, Bob
Subject: TXU/ANP


Bob: I spoke with my client, and will send you a letter tomorrow with
our response to TXU's proposal.  Regards, Chris Carter

Christopher H. M. Carter
Hinckley, Allen & Snyder LLP
43 North Main Street
Concord, NH 03301
603-225-4334

28 State Street
Boston, MA  02109-1775
617-345-9000

1

## Wise, Bob

| | |
|---|---|
| From: | Wise, Bob |
| Sent: | Friday, September 24, 2004 11:47 AM |
| To: | 'Carter, Christopher H. M.' |
| Subject: | RE: TXU/ANP |

No call?

-----Original Message-----
From: Carter, Christopher H. M. [mailto:ccarter@HASLAW.com]
Sent: Friday, September 24, 2004 11:39 AM
To: Wise, Bob
Subject: RE: TXU/ANP


You'll have a letter very soon today.

-----Original Message-----
From: Wise, Bob [mailto:bwise@hunton.com]
Sent: Friday, September 24, 2004 11:08 AM
To: Carter, Christopher H. M.
Subject: RE: TXU/ANP


Chris - I haven't received your letter or a call.  We really need to resolve this.

-----Original Message-----
From: Carter, Christopher H. M. [mailto:ccarter@HASLAW.com]
Sent: Wednesday, September 22, 2004 4:47 PM
To: Wise, Bob
Subject: TXU/ANP


Bob: I spoke with my client, and will send you a letter tomorrow with our response to TXU's proposal.  Regards, Chris Carter

Christopher H. M. Carter
Hinckley, Allen & Snyder LLP
43 North Main Street
Concord, NH 03301
603-225-4334

28 State Street
Boston, MA  02109-1775
617-345-9000